IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNETH JOHN PACHINGER**                                                                      **PLAINTIFF**

v.                                      **CASE NO. 2:12CV00161 BSM**

**UNITED STATES OF
AMERICA**                                                                                                      **DEFENDANT**

## ORDER

The recommended disposition from United States Magistrate Judge Beth Deere and plaintiff's objections have been received. After careful consideration and a *de novo* review of the record, it is concluded that the recommendation should be, and hereby is, approved and adopted in all respects.

Accordingly, the motion for summary judgment filed by the United States [Doc. No. 23] is granted and Mr. Pachinger's claims are dismissed with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 9th day of December 2013.

                                                                                                                   */s/ Brian S. Miller*
                                                                        UNITED STATES DISTRICT JUDGE